UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 15, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Hrayr Shahinian, M.D.,

    Plaintiff,

v.

Stryker Corporation et al.,

    Defendant.

2:18-cv-05273-VAP-SKx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On November 1, 2018, this Court issued its Amended Final Order dismissing Plaintiff's complaint with leave to amend. (Doc. No. 30). On November 13, 2018, Plaintiff filed his Notice of Intent Not to File an Amended Complaint. (Doc. No. 31). Accordingly, IT IS ORDERED AND ADJUDGED this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   11/15/18

                                    Virginia A. Phillips
                              Chief United States District Judge